**STATE of Missouri, Respondent,**

v.

**Steven Ray RODRIQUEZ, a/k/a Steven Hicks, Appellant.**

**No. WD 45980.**

Missouri Court of Appeals, Western District.

Nov. 17, 1992.

Laura Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for appellee.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of stealing $150.00 or more by deceit, § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).